# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152906(17)

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

JEROME WILLIAM BORTHWELL,
         Defendant-Appellant.
_____/

SC: 152906
COA: 328113
Wayne CC: 02-000276-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before February 28, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016         

                                      Clerk